36 So.2d 609

**Fred HARRIS v. STATE.**

**6 Div. 705.**

Court of Appeals of Alabama.
Aug. 3, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

35 So.2d 921

**James Wesley HARRIS v. STATE.**

**6 Div. 538.**

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

35 So.2d 921

**Robert L. HARRISON v. CITY OF BIRMINGHAM.**

**6 Div. 596.**

Court of Appeals of Alabama.
April 27, 1948.

CARR, Judge.
Affirmed.

29 So.2d 897

**Mose HASBERRY v. STATE.**

**2 Div. 752.**

Court of Appeals of Alabama.
Nov. 5, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

35 So.2d 921

**Leroy HEADLEY v. STATE.**

**5 Div. 252.**

Court of Appeals of Alabama.
April 20, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed, but remanded for proper sentence in accordance with the provisions of Code 1940, Title 15, § 342.